DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LUIS ARNALDO TAPIA PADILLA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-2531

_____

January 26, 2024

Appeal from the Circuit Court for Hillsborough County; Samantha Ward, Judge.

Howard L. Dimmig, II, Public Defender, and Kimberly Nolen Hopkins, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Wendy Buffington, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, MORRIS, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.